```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA


KENTUCKY FORGE, INC.,               )
PHOENIX FORGING COMPANY, INC.,      )   Civil Action
                                    )
            Plaintiffs              )   No. 02-CV-4569
                                    )
      vs.                           )
                                    )
MILLENNIUM FORGE, INC.,             )
                                    )
            Defendant               )
```

                    REFERRAL ORDER FOR SETTLEMENT CONFERENCE

NOW, this 23rd of January, 2003,

IT IS ORDERED that the within matter is referred to United States Magistrate Arnold C. Rapoport to schedule and conduct a settlement conference.

                                        BY THE COURT:


                                        _____
                                        James Knoll Gardner
                                        United States District Judge