UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KENTUCKY FORGE, INC. and PHOENIX FORGING COMPANY, INC., | : | CIVIL ACTION NO. 02-CV-4569 |
| | : | |
| Plaintiffs, | : | JURY TRIAL DEMANDED |
| | : | |
| v. | : | |
| | : | |
| MILLENNIUM FORGE, INC., | : | |
| | : | |
| Defendant. | : | |

**<u>JOINT MOTION FOR ENTRY OF ORDER OF DISMISSAL</u>**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiffs Kentucky Forge, Inc. ("Kentucky") and Phoenix Forging Company, Inc. ("Phoenix") and Defendant Millennium Forge, Inc. ("Millennium") hereby jointly request this Court to enter the enclosed Stipulation and Order of Dismissal, and in support thereof state as follows:

Kentucky, Phoenix and Millennium have settled the claims and counterclaims in this case by entering into two agreements: (i) the Interim Settlement Agreement and (ii) the Mutual Release and Settlement Agreement. These agreements are attached as Exhibits A and B, respectively, to the Stipulation and Order of Dismissal submitted herewith.

Kentucky, Phoenix and Millennium agreed to allow this Court to retain jurisdiction over the enforcement of the parties' two settlement agreements.

The Mutual Release and Settlement Agreement states that the parties will file a joint motion requesting this Court to retain jurisdiction over the enforcement of the terms of the Interim Settlement Agreement and the Mutual Release and Settlement Agreement.

This Court is permitted to enter an order of dismissal which embodies the settlement agreements entered into by the parties to the suit and which allows the Court to retain

PH1: 414166.01

jurisdiction over the enforcement of the settlement agreements if the parties so stipulate.

Kokkonen v. Guardian Life Ins. Co. of America, 511 U.S. 375, 381-82 (1994).

WHEREFORE, the parties respectfully request this Court to dismiss all claims and counter-claims in this case with prejudice and retain jurisdiction to enforce the parties' settlement agreements by signing the Stipulation and Order of Dismissal submitted herewith.

Respectfully submitted,

Date: September ___, 2003    STEVENS & LEE

By _____
Karin K. Ashford, Esquire
Attorney I.D. No. 83909
111 North Sixth Street
P.O. Box 679
Reading, PA  19603-0679
(610) 478-2034

Counsel for Plaintiffs Kentucky Forge, Inc. and Phoenix Forging Co., Inc.

Date: September __, 2003    MCCARTER & ENGLISH, LLP

By _____
Joann M. Lytle, Esquire
Attorney I.D. No. 59281
1735 Market Street, Suite 700
Philadelphia, PA  19103-7501
(215) 979-3800

Counsel for Defendant Millennium Forge, Inc.