CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Stipulation and Order of Dismissal was sent first class mail-postage prepaid on Monday, September 29, 2003 to:

>Karin K. Ashford, Esquire
>Stevens & Lee
>111 North Sixth Street
>P.O. Box 679
>Reading, PA 19603

_____
Joann M. Lytle

PH1: 149136.01