<u>IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>

```
KENTUCKY FORGE, INC. and         )
PHOENIX FORGING COMPANY, INC.,   )   Civil Action
                                 )   No. 02-CV-04569
           Plaintiffs            )
                                 )
     vs.                         )
                                 )
MILLENNIUM FORGE, INC.           )
                                 )
           Defendant             )
```

<u>O R D E R</u>

NOW, this 7th day of January, 2004, upon consideration of the attached Stipulation of counsel for the parties, which Stipulation was presented January 2, 2004,

<u>IT IS ORDERED</u> that the Stipulation is approved.

<u>IT IS FURTHER ORDERED</u> that the construction, interpretation and enforcement of both the Mutual Release and Settlement Agreement dated September 9, 2003 and the Interim Settlement Agreement dated May 5, 2003 shall be governed by the law of the State of Wisconsin.

BY THE COURT:

James Knoll Gardner
United States District Judge